# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Jennifer J. Bandurchin** | * | |
| Plaintiff | | |
| | * | |
| v. | | Case No. PWG-06-842 |
| | * | |
| **Staples the office superstore east** | | |
| Defendant | ***** | |

### ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant against the Plaintiff, it is this

_____ day of September, 2010,

**ORDERED,**

1. Judgment is entered in favor of Defendant against Plaintiff, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____ 9/13/2010
Paul W. Grimm
United States Magistrate Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)